**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

**DATE:** March 10, 2017  
**START:** 11:20 a.m.  
**END:** 11:40 a.m.

**DOCKET NO:** 15-cv-3240  
**CASE:** Bermudez v. Michael

☐ INITIAL CONFERENCE  ☐ OTHER/ORDER TO SHOW CAUSE  
■ DISCOVERY CONFERENCE  ☐ FINAL/PRETRIAL CONFERENCE  
☐ SETTLEMENT CONFERENCE  ■ TELEPHONE CONFERENCE  
☐ MOTION HEARING  ☐ INFANT COMPROMISE HEARING

| **PLAINTIFF** | **ATTORNEY** |
|---|---|
| | David Giaro |
| | |
| | |

| **DEFENDANT** | **ATTORNEY** |
|---|---|
| | Brachah Goykadosh |
| | |
| | |

☐ _____ DISCOVERY TO BE COMPLETED BY _____  
■ NEXT _____ CONFERENCE SCHEDULED FOR **April 20, 2017 at 10:30 a.m.**  
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____  
☐ PL. TO SERVE DEF. BY: _____  DEF. TO SERVE PL. BY: _____

**RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

For the reasons stated on the record, the Court grants in part and denies in part plaintiff's motion to compel (DE #53) and defendants' motion to compel (DE #54). Fact discovery is extended to April 4, 2017, solely for the completion of defendants' depositions previously properly noticed. As to non-party Police Officer LaSala, who has not been served with a subpoena to date, plaintiff may substitute LaSala for one of the defendants whose depositions were noticed, provided the City voluntarily produces him or he is properly subpoenaed. Plaintiff must, as soon as possible, identify all medical providers who rendered treatment to plaintiff, within five years of his arrest, for any injuries similar to the injuries sustained during his arrest, including injury to his back, and provide executed medical releases to obtain plaintiff's medical records from those providers for the five years prior to plaintiff's arrest. The March 27th settlement conference is adjourned to April 20, 2017 at 10:30 a.m.