UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBINSON BERMUDEZ,

                Plaintiff,                                <u>ORDER</u>

       -against-                                   15-CV-3240 (KAM)

LIEUTENANT MICHAEL EDMONDS et al.,

                Defendants.
------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

     All parties have now responded to the Court's settlement proposal. Unfortunately, there is no settlement. Parties should comply with all deadlines previously set by the Court.

     **SO ORDERED.**

Dated:    Brooklyn, New York
             April 25, 2017

                                               /s/ *Roanne L. Mann*
                                             **ROANNE L. MANN**
                                             **CHIEF UNITED STATES MAGISTRATE JUDGE**