```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
ROBINSON BERMUDEZ,                       VERDICT SHEET
                                         Court Ex. 2A1
        Plaintiff,

  - against -                            15-cv-3240 (KAM)(RLM)

CHRISTOPHER DISTEFANO and NICHOLAS RUIZ,

        Defendants.
------------------------------------X
```

**QUESTION NO. 1.** Do you the jury unanimously find that plaintiff, Robinson Bermudez, established, by a preponderance of the credible evidence, that defendant, **Officer Christopher DiStefano**, deprived him of his constitutional right by using excessive force in effecting his arrest on March 1, 2015?

YES ____    NO  ✓    AC

**QUESTION NO. 2.** Do you the jury unanimously find that plaintiff, Robinson Bermudez, established, by a preponderance of the credible evidence, that defendant, **Officer Nicholas Ruiz**, deprived him of his constitutional right by using excessive force in effecting his arrest on March 1, 2015?

YES ____    NO  ✓    AC

*If the jury answered "NO" to **both** Questions 1 **and** 2 your deliberations are <u>finished</u>. This verdict form should be signed and dated by the foreperson and given to the Marshal. If you answered "YES" to either Question Nos. 1 or 2, please proceed to Question No. 3.*

**QUESTION NO. 3.** If you answered "YES" to Question No. 1, please indicate whether Mr. Bermudez is entitled to <u>either</u> compensatory <u>or</u> nominal damages for **Officer DiStefano's** conduct. If you answered "NO" to Question No. 1, proceed to Question No. 4.

Please check only one:
    Compensatory Damages    _____
    Nominal Damages         _____

1

**QUESTION NO. 4.** If you answered "YES" to Question No. 2, please indicate whether Mr. Bermudez is entitled to <u>either</u> compensatory or nominal damages for **Officer Ruiz's** conduct. If you answered "NO" to Question No. 2, proceed to Question No. 5.

Please check only one:
    Compensatory Damages    _____
    Nominal Damages    _____

*If you checked next to "Compensatory Damages" in either Question Nos. 3 or 4, proceed to Question No. 5. If you checked next to "Nominal Damages" in both Question Nos. 3 or 4, skip Question No. 5, and proceed to Question No. 6.*

**QUESTION NO. 5.** Only if you answered "YES" to Question Nos. 1 or 2, and you found in Question Nos. 3 or 4 that plaintiff is entitled to compensatory damages, please indicate below the amount, if any, each defendant is liable for.

Defendant Officer Christopher DiStefano    $_____
Defendant Officer Nicholas Ruiz    $_____
**Total Compensatory Damages**    $_____

*If the jury found Mr. Bermudez established by a preponderance of the credible evidence that he suffered compensatory damages skip Question No. 6 and proceed to Item No. 7.*

**QUESTION NO. 6.** If you the jury unanimously found that plaintiff has proven his claim against either or both defendants as reflected by a "YES" answer in response to Question Nos. 1 or 2, but found that plaintiff has not proven compensatory damages against either or both defendants, you must award nominal damages not to exceed $1.00. What amount of nominal damages do you award to plaintiff?

Defendant Officer Christopher DiStefano    $_____
Defendant Officer Nicholas Ruiz    $_____
**Total Nominal Damages:**    $_____

*Please proceed to Item No. 7 on the following page.*

2

**ITEM NO. 7.** If the jury answered "YES" to Question Nos. 1 or 2, whether or not the jury awarded compensatory or nominal damages, please proceed to answer the special interrogatories on Court Ex. 2B.

Dated: Brooklyn, New York
January 16, 2019

_____
Jury Foreperson

3