AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Robinson Bermudez | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.   15cv3240[KAM] |
| P.O. Christopher DiStefano & P.O. Nicholas Ruiz | ) |
| *Defendants* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendants *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

✔ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*  P.O. Christopher DiStefano and P.O. Nicholas Ruiz  recover costs from the plaintiff *(name)*  Robinson Bermudez.

✔ other:  Defendants shall submit an application for costs on fourteen days notice, fourteen days after entry of judgment.

This action was *(check one)*:

✔ tried by a jury with Judge  Kiyo A. Matsumoto, USDJ  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  1/16/2019

CLERK OF COURT

*Sandra Jackson*
Signature of Clerk or Deputy Clerk